| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

OLVYN ABILO BERRIOS-OSORTO, §
§
    Petitioner, §
§
*versus* § CIVIL ACTION NO. 1:24-CV-377
§
WARDEN, FCI BEAUMONT LOW, §
§
    Respondent. §

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Petitioner Olvyn Abilo Berrios-Osorto, an inmate at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge entered a Report and Recommendation which recommended dismissing the petition without prejudice.  The copy of the report mailed to petitioner was returned to the court as undeliverable.  To date, the parties have not filed objections to the report and recommendation.

    The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of facts and conclusion of law of the United States Magistrate Judge are correct.

    Accordingly, the Report and Recommendation of the United States Magistrate Judge (#6) is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

    SIGNED at Beaumont, Texas, this 12th day of September, 2025.

*[signature: Marcia A. Crone]*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE